**No. 61701.**—B. Altman & Co. et al. *v.* United States, protests 206719–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 10 percent ad valorem under paragraph 1547 (a), Tariff Act of 1930, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), and the items marked with the letter "B" at 20 percent under the provision in said paragraph of the tariff act as "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."

**No. 61702.**—Penson & Company *v.* United States, protest 307017–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61703.**—Camera Equipment Co. *v.* United States, protest 307916–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61704.**—The Danwill Company *v.* United States, protest 308025–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61705.**—Ringers' Dutchocs, Inc. *v.* United States, protest 309622–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, MARCH 20, 1958

**No. 61706.**—Criterion Bead & Novelty Corp. *v.* United States, protests 310314–K and 310338–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers disclosing that the protests were filed prior to liquidation, they were dismissed as having been prematurely filed.